SAMUEL FUENTE ORTEZ
VS
THE STATE OF TEXAS

APPEAL NO. 10-15-00319-CR
IN THE TENTH DISTRICT COURT OF APPEALS
AT WACO, TEXAS 76701

FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRO SE BRIEF OR RESPONSE TO ANOSR'S BRIEF

APPEAL CAUSE NO. 38598-CR FROM THE 40TH DISTRICT COURT ELLIS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

PD-1310&1311-15

To THE HONORABLE JUSTICE OF THE COURT OF APPEALS:

COMES NOW SAMUEL FUENTE ORTEZ, APPELLANT PRO SE, AND RESPECTFULLY MOVES THE COURT TO EXTEND THE DEADLINE FOR FILING HIS BRIEF FOR RESPONSE BY NINETY DAY IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING:

I.

ON MARCH 13, 2014 THE JURY FOUND APPELLANT GUILY OF AGG. ASSAULT W/ DEADLY WEAPON AN ACCIDENT INVOLVING PERSONAL INJURY (AKA FAILURE TO STOP AND RENDER AID). THE JURY ASSESSED PUNISHMENT AT 15 YEARS AND 10 YEARS IMPRISONMENT IN SUPPORT, APPELLANT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

FILED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

II.

ON SEPTEMBER 29, 2015 APPELLANT RECEIVED NOTICE BY MAIL THAT JUDGMENT AND MEMORANDUM OPINION AND THAT APPELLANT HAD A RIGHT TO FILE A PRO SE BRIEF, RESPONSE, OR PETITION FOR DISCRETIONARY REVIEW.

III.

ON SEPTEMBER 29, 2015 THE APPELLATE RECORD WAS FIRST MADE AVAILABLE TO APPELLANT. THE DEADLINE FOR FILING APPELLAT'S BRIEF OR RESPONSE IS SEPTEMBER 6, 2015.

IV

THIS IS APPELLANT'S FIRST REQUEST FOR EXTENSION. APPELLANT IS UNABLE TO MEET THE DEADLINE FOR THE FOLLOWING REASONS: I RECEIVED THE RESPONSE FROM MY NOTICE OF APPEAL FROM THE TENTH COURT OF APPEALS SEPTEMBER 29, 2015 WHICH IN FACT WAS 23 DAYS AFTER THE DEADLINE TO FILE PETITION FOR DISCRETIONARY REVIEW AND I NEED TO GET COPIES OF MY DISCOVERY OR COURT REPORT'S RECORDS.

## V.

For the reason stated above, Appellant respectfully requests on additional thirty to ninety days to complete the pro se brief or response in support of Appellant appeal.

## VI.

Appellant prays that the court grant his motion and extend the time to file Appellant's pro se brief or response by thirty to ninety days, extending the deadline to December 29, 2015.

Respectfully Submitted

Samuel Ortiz-F.
APPELLANT- PRO SE

## Certificate of Service

I hereby certify that on September 29, 2015, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the court of criminal appeal by US First Class mail addressed to P.O. Box 12308 Austin, Texas 78711.

Samuel Ortiz F.
APPELLANT PRO SE

I, Samuel Fuente Ortez, TDCJ #1921355 being presently incarcerated in the Texas Department of Criminal Justice Institutional Division Unit Bradshaw State Jail in Rusk County, Texas verify and declare under penalty of perjury that the foregoing statement are true and correct. Executed on this the 29 day of September, 2015.

Samuel Ortiz F.
APPELLANT PRO SE